# Court of Appeals
# of the State of Georgia

ATLANTA,  December 31, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0812.  TIMOTHY WOOTEN v. THE STATE.**

In 2013, a jury found Timothy Wooten guilty of aggravated assault and two firearm offenses, and the trial court imposed a total sentence of 20 years in prison. We affirmed his convictions on direct appeal in an unpublished opinion.  See *Wooten v. State*, No. A15A2225 (Mar. 22, 2016).  In 2017, Wooten filed a "Motion to Vacate Voidable Judgment," followed by a "Motion for Judgment by Default," in which he raised several challenges to the validity of his convictions.  The trial court dismissed Wooten's motions, and he filed this timely direct appeal.[1]  We lack jurisdiction.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case."  *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).  Any appeal from an order denying or dismissing such a motion must be dismissed.  See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper*,

---

[1] It appears that Wooten filed two notices of appeal from the same trial court order, only one of which – the notice that led to the current appeal – was timely.  For reasons that are unclear on the current record, the trial court transmitted Wooten's untimely appeal to this Court first.  We dismissed that appeal (as untimely) earlier this year.  See *Wooten v. State*, No. A18A1597 (Aug. 13, 2018).  Pretermitting whether that dismissal order has any preclusive effect as to the current appeal, we lack jurisdiction over this appeal for the reasons stated in this order.

286 Ga. at 218 (2).  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   12/31/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
*, Clerk.*